UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                    CASE NO. 07-10212-GVL1
                                          CHAPTER 13
DEIDRE L. EIDSON

              Debtor(s)        /

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CITIFINANCIAL which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 385149 in the amount of 167.49 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

>/s/Leigh D. Hart or
>/s/William J. Miller, Jr.
>    OFFICE OF THE CHAPTER 13 TRUSTEE
>    POST OFFICE BOX 646
>    TALLAHASSEE, FL 32302
>    ldhecf@earthlink.net
>    (850) 681-2734 "Telephone"
>    (850) 681-3920 "Facsimile"

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
DEIDRE L. EIDSON              CITIFINANCIAL
2419 NW 45TH LANE             4500 NEW LINDER HILL RD.
GAINESVILLE,  FL  32605       WILMINGTON, DE 19808
```

AND

```
SHARON T. SPERLING, ESQUIRE
P.O. BOX 358000
GAINESVILLE, FL 32635-8000
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

>                              /s/Leigh D. Hart or
>                              /s/William J. Miller, Jr.
>1/29/2010 11:38 am / CR_213      OFFICE OF CHAPTER 13 TRUSTEE